IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY D. COLLINS, on Behalf of
Himself and All Others Similarly Situated                              PLAINTIFF

v.                           No. 4:11-cv-761-DPM

SEECO, INC.; DESOTO GATHERING
COMPANY, LLC; SOUTHWESTERN ENERGY
PRODUCTION COMPANY; SOUTHWESTERN
ENERGY COMPANY; and SOUTHWESTERN
ENERGY SERVICES COMPANY                                              DEFENDANTS

ORDER

Unopposed motion for voluntary dismissal, *Document No. 34*, granted.

FED. R. CIV. P. 41(a)(2). Rodney Collins's complaint is dismissed without prejudice. The Court compliments counsel for all parties in exemplifying the Bar's highest standards in *how* they worked out a resolution of this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 August 2012