IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RODNEY D. COLLINS, on Behalf of
Himself and All Others Similarly Situated                    PLAINTIFF

v.                          No. 4:11-cv-761-DPM

SEECO, INC.; DESOTO GATHERING
COMPANY, LLC; SOUTHWESTERN ENERGY
PRODUCTION COMPANY; SOUTHWESTERN
ENERGY COMPANY; and SOUTHWESTERN
ENERGY SERVICES COMPANY                                      DEFENDANTS

## JUDGMENT

Rodney Collins's complaint is dismissed without prejudice. All parties will bear their own costs and fees.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 August 2012